UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPLETE MEDICAL SALES, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> GENORAY AMERICA INC., <br><br> Defendant/Counter-Claimant. | Case No. 8:20-cv-01277 <br><br> **FINAL JUDGMENT** |

For the reasons set forth in the Court's Findings of Fact and Conclusions of Law entered this day, it is

ORDERED AND ADJUDGED that Plaintiff/Counter-Defendant Complete Medical Sales, Inc. (CMS) shall have and recover from Defendant/Counter-Claimant Genoray America, Inc. (Genoray) the sum of $13,566.50 on CMS's breach of contract claim. CMS shall take nothing on any of its additional claims against Genoray. It is further

ORDERED AND ADJUDGED that Genoray shall have and recover from CMS the sum of $477,000.00 on Genoray's counterclaim against CMS.

This is a Final Judgment.

Dated: October 13, 2021    _____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1